

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

CSL S Longview, LLC d/b/a Hawkins
Creek Assisted Living and Memory Care
Community, Appellant

No. 06-20-00069-CV          v.

Paul Walling as Next Friend of Marlys
Walling, Appellee

Appeal from the 188th District Court of
Gregg County, Texas (Tr. Ct. No. 2020-
299-A).  Memorandum Opinion delivered
by Justice Stevens, Chief Justice Morriss
and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the trial court's order.

We further order that the appellant, CSL S Longview, LLC d/b/a Hawkins Creek Assisted Living and Memory Care Community, pay all costs incurred by reason of this appeal.

RENDERED JANUARY 12, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk